# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS:** Jerry Lewis Gulley

**DEFENDANTS:** Aramark Foods, Winnebago County Justice Center, Winnebago County Health Dept

**(b) County of Residence of First Listed Plaintiff:** Winnebago
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number):** ___

Attorneys (If Known): 08 C 50098

FILED JUN 06 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

(Not applicable)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**PRISONER PETITIONS:** [X] 555 Prison Condition

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

42:1983

## VIII. REQUESTED IN COMPLAINT:

JURY DEMAND: [X] No

## IX. This case

[X] is not a refiling of a previously dismissed action.

DATE: ___    SIGNATURE OF ATTORNEY OF RECORD: ___