**FILED**
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Frederick J. Kapala

## Statement

Plaintiff motion for leave to appeal in forma pauperis must <u>Not</u> be <u>denied</u>. Because on July 24, 2008 you (the court) gave Plaintiff an opportunity to submit an amended complaint name the correct defendants with the correct claim. The Court noted in that order that Plaintiff appeared to have gotten the defendant and claim mixed up in the two (2) cases. The Court dismissed the complaint without prejudice. Plaintiff (I) was given 30 days from the date from the date (July 24) to submit an amended complaint on the forms required by Local Rule 81.1 of this Court.

Case No. 08C50099
Jerry Lewis Gulley (#58630) V. Dr. David Pocock

Case No. 08C50098
Jerry Lewis Gulley (#58630) V. Aramark Food, et al.
give me two (2) more day and the amend complaint arrived in two (2) days to you.

"Honorable" Judge Frederick J. Kapala

Jerry L. Gulley
W.C.J.C.
650 West State St.
Rockford, Ill.
61101

U.S. District Court
Northern District of IL.
Western Division
211 S. Court Street
Rockford, Ill. 61101



ROCKFORD IL 611
13 AUG 2008 PM 1 L

USA 42