## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

Jerry Lewis Gulley

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

FILED

AUG 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

vs.

Case No: 08 C 50098
(To be supplied by the Clerk of this Court)

Dr. David Pocock

Dr. Cyrus Oats

Winn. County Justice Center

Aramark Foods

Winn Health Dept.

Winn County Justice Centr

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

   X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: _Jerry Lewis Gulley_

    B.    List all aliases: _N/A_

    C.    Prisoner identification number: _MI # 58630_

    D.    Place of present confinement: _Winn. County Justice Center_

    E.    Address: _650 West State St, Rockford IL. 61101_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Doctor David Pocock_

        Title: _In charge of medical Staff_

        Place of Employment: _Winn. County Justice Center_

    B.    Defendant: _Doctor Cyrus Oats_

        Title: _Dentist_

        Place of Employment: _Winn. County Justice Center_

    C.    Defendant: _Aramarks Foods Serves_

        Title: _Kitchen and Cooks_

        Place of Employment: _Winn. County Justice Center_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____ u/k _____

_____ u/k _____

B.   Approximate date of filing lawsuit: _ 1-8-98 ___

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____ Jerry Lewis Gulley _____

D.   List all defendants: _____

_____ Swed. Hospital Care _____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of ILL._

F.   Name of judge to whom case was assigned: _____ u/k _____

G.   Basic claim made: _Over medicated_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed because_ _I went past the statue Date_

I.   Approximate date of disposition: _____ u/k _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV.**   **Statement of Claim:**

3

Revised 9/2007

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: _____ u/k _____
        _____ u/k _____

B.    Approximate date of filing lawsuit: _ 1 / 2 / 0 0 _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
        ___ Jerry Gulley _____
        _____

D.    List all defendants: ___ Gunite Corp. _____
        _____
        _____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __ Zergore Binding State Court __

F.    Name of judge to whom case was assigned: _ u/k _____
        _____ u/k _____

G.    Basic claim made: __ Both Shloubhers _____
        _____ ~~that~~ _____
        _____ roteter Cup arm _____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
        _____ Seller done with _____

I.    Approximate date of disposition: __ Mar 5, 2002 _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 α

Revised 9/2007



# State of Claim

On July 25, 2008 it was dinner time at the Winnebago County Justice Center. New Facility open 5-30-07 Kevin the Kitchen Supervios who works for Aramark Food Services, Kevin talked with two (2) cooks about the meal that was being cooked. One of the cooks told Kevin the Supervior, that the food smell spoil. The other cook said the same thing as well. Kerin said I do not care. I want the food trays to be on time. Serve the food any way. The food was sent to the PODS to be served to all the Inmates. The tray arrived at our POD 3A at 4:00. The first Imate to be served was Edward Bryant m# 51888, Bryant said to our POD Officer Strang there's something wrong with this food. It smell bad and taste bad. Officer Strang said so what I'm suppose to do abaut it. Bryant I am serious officer Stang we fill you should call Sgt. Kennay and tell him to come and check this problem out. Let him know Officer Stang. Officer Strang said I am not going to call him. Because he is not got to eat the food for you. The whole room smell

Case No. 08C50098          Judge Frederick J. Kapala

## State of Cliam

really bad. It smell spoil, Correctional Offer __Stang__ said to __Bryant__ and every one else. I do not care about the bad food. He said to us, eat it or throw it away. Edward Bryant took a couple bits more, he said this food taste sour and spoil. The other Inmates ate some of their food too. mr. Odell ate the Complete tray. He started to eat another tray of food. The phone ring, it was sgt. KENNAY calling to tell officer __Strang__. Telling him not to let any one eat the food. For some Inmates it was too late. POD 3A and POD 3G some of them ate some of their food as well. The 4th floor was feed first, He was __not able to stop them from eating their Trays__ of food. Sgt. KENNAY went to the kitchen and talk to __Kiven__ the aramark kitchen supervisor. He ask Kiven why did you serve spoil food to the Inmates of the winnebago County Jail. The sgt. fired __Kevin__ the aramark kitchen supervisor. Fired also, one of the trustee cook. we live in a New facility

Case No. 08 C 50098     Judge Frederick Kapala



3 Ⓐ

# Statement of Claim

~~facility~~ and they still can not get things right. we ask the Court to please help us make things right and better. Kerin (aramark) KNOWNING the food smell and taste spoil and him being a Certified cook, he KNows better. and the two (2) Trustee Cooks telling him they smell and taste something sour and spoil, kevin said to the two (2) cooks, serve the food any way. Just do it so the food will not be late. Some time aramark kepts some letf over, (foods from yesterday Dinner + lunch) and mix it with flesh food. But this time (which happen before) the food was to _old_, causing the food to be spoil and sour. Kevin Committed deliberate Indefference. Aramark put the Inmates Health at serious risk and did state a Constitutional claim. deliberat Indifference. I ask the court Not let Kevin (aramark) have No immunity. I ask Honorable Frederick J. Kapala Let this case procceed further.

Case No. 08c50098    Judge Frederick J. kapala

PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: _Jerry_____Lewis_____Gulley___
   (First)                (Middle)              (Last)

   List Alias Names, if any: _____NONe_____

   _____NONe_____

2. Any Current/Prior
   Prison ID Number(s): _MID #58630_____

   Name of Prison(s): _Winn. County Justice Center__

3. Jail ID Number(s): _MID #58630_____

   Name of Jail(s): _Winnebago County Justice Center_

4. Date of Birth: _12-1-56_____

5. Home Address (Do not use P.O. Box):

   Street Name and Number: _650 West State Street_

   City, State and Zip Code: _Rockford, IL. 61101__

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

To Help make things better at Winnebago County Jail. Never happen again treat Inmates like a human that they are, money for Damage and Suffer

**VI.**    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____ , 20_____

Jerry L. Gulley
(Signature of plaintiff or plaintiffs)

Jerry Lewis Gulley
(Print name)

MID # 58630
(I.D. Number)

650 West State St.
Rockford, IL. 61101

(Address)

Revised 9/2007

"HONORable" Judge Frederick J. Kapala    July 1, 2008

Case No.    08C50099

Case Title    Jerry Lewis Gulley (#58630) V. Pocock

Docket Entry Text:

Plaintiff motion for leave to file informa pauperis [3] is granted. The initial partial filing fee is waived. The Court orders the trust fund officer at Plaintiff current place of confinement, to collect monthly payments from Plaintiff trust fund account in accordance with this order. However, the Court dismisses the Complaint under its preliminary review for failure to state a claim.

July 24, 2008

Case No. 08C50098

Case Title    Jerry Lewis Gulley (#58630) V. Aramark foods

Docket Text:

Plaintiff motion for leave to file informa pauperis [3] is granted. The initial partial filling fee is waived. The Court orders the trust fund officer at Plaintiff current place of incarceration to collect

Case No. 08C50099 Judge Frederick J. Kapala

monthly payment from Plaintiff trust fund account inaccordane with this order. The court dismiss the Complaint with out prejudice. Plaintiff is given 30 days to submit aN amend Complaint or the Court shall dismiss the case. The Clerk shall send plaintiff ONe Copy of the aniended Civil right Complaint form. Instruction for filing, and a Copy of this Order.

---

Plaintiff has named Aramark Foods, Winn. County Justice Center and Winn. County Health Dept. as defendants. Plaintiff filed aNother case, Gulley V. Pocock, 08C50099, iN which he Complained about the food services. That is not **TRUE** because Gulley V. pocock etc. al 08C50099 Talks about DR. pocock aND the DeNtist CYRus Oat Removing Three (3) teeth with out giving me any medication and knowing I had heart disease. when you visit A DeNtist office you fill out paper work, It askes you, do you have heart truble or heart discase also hight blood presane. DR. must protect you heart at all time.

Case NO. 08C50099   Judge Frederick J. Kapala

The Court dismiss the Complaint with out prejudice. Plaintiff is given 30 days ~~fre~~ from the date of this orders to submit an Local rule 81.1 of this Court. Plaintiff must write both Case number and the judge name on the Complaint and return the Originally filled and signed form a copy for the Judge and a copy for each defendant he names. I'm working on this motion So you (Honorable Judge Frederick Kapala) Can base this motion up on the fact I should be granted. The initial partial filieng fee is ~~wan~~ waived. It was (forma pauperis) was denied base on the reasons stated in the July 1, 2008 order. That's not true because it should have been denied base on the stated in the July 1, 2008 order. We must continel to proceed with this Case honorable Judge Frederick J. Kapala, Please ~~allow also~~ allow this case to go forward. That Cannot be because the 30 day you ger me to thing right and better. I thank you fo leting me speak in you court.

Thank You Sir.

CaseNo. 08C50099            Honorable Judge Frederit Kapala

# Statement of Claim

Policy (a method or Course of action followed by a Government, an individual, etc. Sliding the food trays six (6) years across the Winnebago County Jail Gray painted floor, Three (3) times a day Seven (7) day a week. and every year. Be came a Policy of "deliberate Indifference" administrative. A policy that put all Inmates Health at serious risk. Violating our Constitutional right every day at the County Jail. I KNOW, I ate out of those trays every day. Looking at paint and Bacteria at every meal. If one would say to the correctional officer, this tray is dirty and paint on it. They would say don't worry about it. I will Let the Kitchen KNOW. Next day trays still dirty and painted. The dish washer was not working adequately. If it did worked right it would not be able to wash the paint off trays. The paint was on the tray really bad and Hard.

Notice The Winn Health Dept, Winn Bluiding Inspectors The Judge alone put the Winn. County Jail on Notice about the living Condition at the ~~Coute~~ County Jail. The Judge alone put them on notice, Chatmon V. Winn. County N.D. Ill 2003 Case No. 08C50098    Judge Frederick Kapala

This is the way the complaint should look.

July 1, 2008

Case No.
08C50098

## Statement

Case Title   Gulley (#58630) V. Aramark Foods

Talks about Plaintiff contends that the trays
scrape paint off the floor, that paint chips
on the bottom of trays and that paint
chips ended up on the top of trays.
from stacking them. Plaintiff asserts
that the jail disswasher inadequate. If
Disswasher did work adequate it still ~~would~~
would not get "paint" off the tray.

You had the Case Title the cross up with the statment

---

Case No.
08C50099

## Statement

July 1, 2008

Case Title   Gulley (#58630) V. Dr. Pocock

Talks about the Dr. Pocack and Dr.
Oats. was aware that Plaintiff needed
medication before during and after
dental work because of my heart disease.
He did not give Plaintiff any. I was
told not to talk Plaxus for seven (7) days.
(blood thinner. Plaintiff became severely
ill. when He returned to Dr. Oats did nothing

You had the Case Title cross up with the statment

HONORABLE Judge Frederick J. Kapala

A

name: William Turner       name: NaMario Haley
MID: 121807   Date: 7-28-08   MID: 124320   Date: 7-28-08
SIGN: WilliAMTURNER         SIGN: NaMario Haley

name: Leon Glover           name: DaCirrio Paschal
MID: 64992   Date: 7/28/08   MID: 136868   Date: 7-28-08
SIGN: Leon Glover           SIGN: DaPing Paschal

name: Steven Oliver         name: EdWARD BRyANT
MID: 138079   Date: 7/28/08   MID: 51888   Date: 7-28-08
SIGN: Steven Oliver         SIGN: Edward L. Bryant

name: MartiN I Love
MID: 102951   Date: 7/28/08   name: Kyle LAMBERT
SIGN: Mat L                  MID: 100403   Date: 7-28-08
                            SIGN: Kyle Lambert

name: Mickey M StAllworth
MID: 73038   Date: 7/28/08   name: Stevie Seaberry
SIGN: umickey AStallworth   MID: 91410   Date 7-28-08
                            SIGN: Stevie Seaberry

Case No.   08c50099

July 5, 200_   A

name: Darnell Baymen

MID: 117763   Date:

SIGN: Darnell Baymen

name: Denny Brizynski

MID: 131131  Date: 7/29/08

SIGN: Daniel Brizynski

---

name: Taurean Guiley

MID: 127449   Date: 7-29-08

SIGN: Taurean Guiley

name: Adam Walker

MID: 132687 Date: 7/29/08

SIGN: Adam Walker

---

name: Miles Edwards

MID: 77711   Date: 7-29-08

SIGN: Miles Edwards

name: Willie Flemming

MID: 23931   Date: 7-29-08

SIGN: Willie Flemming

---

name: Michael Selquist

MID: 7413   Date: 7-29-08

SIGN: Michael Selquist

name: TYRONE HORTON

MID: 20680   Date: 7/29/08

SIGN: Tyrone Horton

---

name: Brandon Sweetman

MID: 226695   Date: 7/29/08

SIG: Brandon Sweetman

name: JIMMIE L. JOHNSON

SIGN: Jimmie L. Joh  Date: 7-29-09

MID: 959-96595

08C50099   Case No

A

name: DAMION GREEN | name: Corey Latimer
MID: 99275 Date: 7-28-08 MID: 125837 Date: 7-28-08
SIGN: D. G SIGN: Corey Palmer

name: Justin Kirk
MID: 126472 Date: 7-28-08
SIGN: Justin Kirk

name: David Ramirez L.
MID: 135115 Date: 7-28-08
SIGN: David Ramirez L.

nam: BRIAN K VAUGHN
MID: 86684 Date: 7-28-08
SIGN: B. K. V

name: Alfredo Estrada
MID: 137088 Date: 7-28-08
SIGN: Alfredo Estrada

name: JAMES A. STARLING
MID: 113140 Date: 7-28-08
SIGN: James A. Starling

name: Albert Locascio
MID: 109877 Date: 7-28-08
SIGN: Albert Locascio

name: Cory Thompson
MID: 137756 Date: 7-28-08
SIGN: Cory Thompson

name: Charles D Williams II
MID: 135137 Date: 7-28-08
SIGN: Charles D Williams II

name: Casimiro Hernandez
MID: 134477 Date: 7-28-08
SIGN: Casimiro Hernandez

name: Mark Alexander
MID: 77356 Date: 7-28-08
SIGN: Mark alexander

08050099 Case No

name: Brian Odell                    name: Chris Crean Date
M I D: 127479    Date: 7-29-08    MID: 85301    Date: 7/29/08
SIGN: R. Odell                       SIGN: Philip Dean

name: Justin Harmon                  name: Wallace Yarbrough
MID: 121560    Date: 7-29-08    MID: 132558    Date: 7-29-08
SIGN: Justin Harmon                  SIGN: Wallace Yarbrough

name: Willie Steward                 name: Micheal Coleman
SIGN: Willie Steward                 MID: 14014    Date: 7-29-08
mID: 90267    Date: 7-29-08          SIGN: Mic.

name: PIOTR BOSKI                    name: Cory Thompson
MID: 110611    Date: 7/29/08    mID: 137780    Date:
SIGN: Piotr Boski                    SIGN: Cory Thompson

name: Brian Spears                   name: Darnell Baymon
MID: 74562    Date: 7-29-08    MID: 117763    Date:
SIGN: Brian Spears                   SIGN: Darnell Baymon

08C50099   Case

July 16, 2008

A

name: ~~[illegible]~~              name:

MID: ~~[illegible]~~    Date: 7-18-08    MID:              Date:

SIGn: ~~[illegible]~~              SIGn:


name: CHRISTOPHER LEE WARE              name:

MID: 4594       Date: 7-28-08     MID:              Date:

SIGm: Christopher lee Ware              SIGn:


name: Robert P Vittell              name:

MID: 110828     Date 7-28-08     MID:              Date:

SIGm: Robert P Vittell              SIGn:


name: Randall A. Clark              name:

MID: 137857    Date: 7/28/08     MID:              Date:

SIGn: Randall A Clark              SIGn:


name:              name:

MID:         Date: 7/28/08     MID:              Date:

SIGn:              SIGn:

08C50099   Case No.

The Winnebago County Jail

214 N. Church Street

I witness the food trays being slided across the county Jail floor, after each meal, Breakfast, lunch and Dinner. All inmates stack their food trays on the floor, on top of each other. When taking the food trays back to the kitchen. Correctional Officer and trustee came back to the teir and slide the food trays across the Gray painted floor. Taking the food trays back to the kitchen caused the food trays, kitchen to be Contaminated,

Name: Tyrone Horton          Sign: Tyrone Horton
DOB: 2-16-68
MID: 20680                    New address
Date: 7-29-08                 W.C.J.C.
Sex/Race: Male               650 West State St.
                             Rockford, IL.
                                           61101

D8C50099   Case No.

The Winnebago County Jail
214 N. Church St,

I witnessed the food trays being slided across the County Jail floor.

After each meal, Breakfast, lunch and Dinner. All inmates stacked their food trays on the ~~floor~~ floor on top of each other. When taking the food trays back to the kitchen. Correctional Officer, trustee came back to the teir and slide the food trays across the Gray painted floor, When taking the food trays back to the Kitchen. Contaminating the food, and Kitchen.

Name: Willie Flemming      New address
DOB: 12-15-58              W.C.J.C.
M.I.D.: 23931              650 West State St.
Date: 7-29-08             Rockford, IL.
Sex/Race: MALE BLK                    61101

Sign: Willie Flemming

Case No. 08C50099

The WiNNebago County JaiL

214 N. Church Street

I witNess the food Trays being slided across the county JaiL floor, after each meal, Breakfast, luNch aNd DiNNer. All InMates stacked their food trays oN the floor oN top of each other. wheN takiNg the food trays back to the kitcheN, CorrectioNal Officers, and trustee came back to the teir aNd slide the food trays across the Gray paiNted floor, Take the food trays back to the kitcheN caused the food, aNd kitcheN to be coNtamiNatiNg each other.

Name: KylE LAMBERT

DoB: 6 28 61

MID: 100403

Date: 7/24/08

Sex/Race: male white

New address

W.C.J.C.

650 West State St,

Rockford, IL,

61101

Case # 08 C50098

The Winnebago County Jail
214 N. Church street

I witness the food trays being slided across the County Jail floor. After each meal, Breakfast, lunch and dinner. all inmates stacked their food trays on the floor. One on Top of each other. When taking the food trays back to the kitchen, Correctional Officer and Trustee came back to the teir and slided the stack of food trays across the Gray painted floor. Contaminating the food, trays and kitchen.

name: Ronnie Smith

DOB: 7/24/71

MID: 49949

Date: 6.20.08

Sex/Race: M/B

SigN: Ronnie Smith

New address

W.C.J.C.

650 west state st.

Rockford, IL.

61101

# 08C50099 case

The Winnebago County Jail

214 N. Church Street 61101

I witness the food trays being Slided across the County Jail Gray painted floor. After each meal, breakfast, lunch and dinner, all inmates stacked their food trays on the Gray painted floor. One on top of each other. When taking the food trays back to the kitchen, Correctional Officer and Trustee came back to the teir and slided the stack of food trays across the Gray painted floor. Contaminating the food trays and kitchen.

Name: Ricky McGowens

DOB: 11-1-78

MID: 82604

Date 6-21-08

Sex/Race M/B

New address

W.C.J.C.
650 west state st.
Rockfor, IL 61101

Sign: Ricky McGowens

Case no 08 C 550099

The Winnebago County Jail

214 North Church street

I witness the food trays being slided across the County Jail floor. After each meal, breakfast and dinner. All inmates stacked their food trays on the floor. One on top of each other. when taking the food trays back to the kitchen, Correctional Officer and trustee came back to tha tein and slided the food trays across the Gray painted Jail floor. Contaminating the food trays and kitchen

name: GREGORY D. CROSS

DOB: 09-08-60

MID: 77126

Date: 6-21-08

Sex/Race: BFM  m/B

Sign: Gregory Cross

New address

650 West state st,

Rockford, IL.

61101

CaseNo: 08C50099

The Winnebago County Jail
214 N. church st. 61101

I witness the food trays being slided across the County Jail floor. After each meal, Breakfast, lunch and dinner. all inmates stacked their food trays on the floor. One on top of each other. when taking the food trays back to the kitchen, Correctional Officer and trustee came back to the teir and slided the stack of food trays across the Gray painted floor. Contaminating the food, trays and kitchen.

Name: PiOTR SZYMON BOSKi

DOB: 2/21/80

MID: 110611

Date: 6/18/8

Sex/Race: M/W

Sign: _____

4845 FLIMRIDGE CT
ROCKFORD, IL. 61109
New address

W. C. J. C.

650 West State St.

Rockford, IL.

61101

Case # 08C50098

# State Of Claim

On July 1, 2008 we witness Dirty Winn. County food trays being sent back to the kitchen. It was in the morning, at breakfast food was being served. The 3A POD Trustee went into the hall way to bring food trays inside the POD. He discover some trays was not clean. Some trays had yesterdays food still on them. Every one (TO Deck) refuse to eat out of the Dirty food trays. So the Correctional Officer call Kevin who Supervise the kitchen for Aramark Foods. The Correctional Officer Sgt. Kennay, they came and took the Dirty trays back to the kitchen, and replace them with some clean ones. Some of the new trays has holes in them, allowing bacteria water to run down into the food below. This may not be a deliberate Indifference, but shows just how much Kevin is doing wrong in the kitchen. These event should not, and should not contunied to happen with the help of the court and Honorable Frederick J. Kapala.

Case: 08c50099                    Judge Frederick J. Kapala

July 1, 200

🔔 b

b

name: Martin O. Love

MID: 102951   Date: 7-31-08

SIGN: Martin O. Love

name: Jerry Gullet Date

MID:              Date: 7-31-08

SIGN:

---

name: Stevie Seeberry

MID: 91410   Date: 7-31-08

SIGN: Steve Seeberry

name:

MID:              Date:

SIGN:

---

name: Corey Latimer

MID: 125837   Date: 7-31-08

SIGN: Corey Latimer

name:

MID:              Date:

SIGN:

---

name: Christopher Wace

MID: 4594   Date: 7-31-08

SIGN: Christoph Wace

Name:

MID:              Date:

SIGN:

---

name: Micheal Coleman

MID: 14045   Date: 7-31-08

SIGN: MC

name:

MID:              Date:

SIGN:

---

08C50099   CASE NO.

July 1, 2008

b<sup>b</sup>

name: Willie Steward     name: William Krepfle
MID: 90267   Date: 7-31-08   MID: 133498   Date: 7·31·08
SIGN: Willie Steward     SIGN:


name: Brian Spears     name: Justin Kirk
MID: 74652   Date: 7-31-08   MID: 126472   Date: 7-31-08
SIGN: Brian Spears     SIGN: Justin Kirk


name: Miles Edwards     name: TYRONE CLORTON
MID: 77211   Date: 7-31-08   MID: 20680   Date: 7/31/08
SIGN: Miles Edwards     SIGN: Tyrone Clorton


name: David Ramirez L.     name: Mark Alexander
MID: 13515   Date: 7/31/08   MID: 77356   Date: 7/31/08
SIGN: David Ramirez L     SIGN: Mark alexander


name: Alfredo Estrada     name: Franko Boone
MID: 137088   Date: 7/31/08   MID: 248749   Date: 7/31/08
SIGN: Alfredo Estrada     SIGN: Franko Boone


08C50099   Case No

name: JAMES A. STARLING   name: Darnell Baymon
MID: 113140  Date: 7-31-08  MID: 117763   Date:
SIGN: James A. Starling  SIGN: Darnell Baymon

name: Stevie Seabery   name: Brian Odell
MID: 91410  Date: 7-31-08  MID: 127479  Date: 7-31-08
SIGN: Stevie Seabery   SIGN: Odell

name: Charles D Williams II  name: Mickey M Hallworth
MID: 135137   Date: 7/31/08  MID: 73038  Date: 7-31-08
SIGN: Charles D Williams II  SIGN: Mickey M Hallworth

name: Brandon Rubeen  name: DaCarrio Paschal
MID: 124434  Date: 7-31-08  MID: 130808  Date: 7-31-08
SIGN: Brandon Rubeen  SIGN: DaCarrio Paschal

name: Philip Scherer   name: Jimmie L Johnson
MID: 133078 Date: 7-31-08  MID: 96595   Date: 7-31-08
SIGN: Philip Scherer   SIGN: Jimmie L Johnson

08 C 50099   case no.

# Statement of Claim

Judge: Frederick J. Kapala

Case: 08c50099                    Date: 8-2-08

Case
Title: Jerry Gulley V. Aramark Foods, et al.

ON July 25, 2008 Trustee Charles Williams and Dustin Frint was passing the food trays to the Inmates on POD 3A. The food smelled and tasted nasty. After eating some and all the food. Some Inmate felt sick. This happen because Correctional Officer <u>Strang</u> said to every one, eat the food or throw it away. You will not being getting any thing difference to eat. We witness the event.

name: Brian Spears
MID: 74862    Date 8/2/08
SIGN: Brian Spears

name: Randall A Clark
MID: 137857 Date: 8/2/08
SIGN: Randall A Clark

name: Jimmie L Johnson
MID: 96595  Date: 8-2-08
SIGN: Jimmie L Johnson

name: Cury Thompson
MID: 137780  Date: 8-2-08
SIGN: Cury Thompson

name: Miles Edwards
MID: 77711  Date: 8-2-08
SIGN: Miles Edwards

name: DaArric Paschal
MID: 136868  Date: 8/2/08
SIGN: DaArric Paschal

name: Brian Odell
MID: 127477  Date: 8-2-08
SIGN: C. Odell

name: _____
MID: _____
SIGN: _____

Judge FREDERICK J. KAPALA

| Case No. | | Date | Aug 17, 2008 |
|---|---|---|---|
| Case TITLE | Jerry Lewis Gulley V. Pocock et, al | | |

Two (2) doctor could have prescribed antibiotics fore Gulley (#58630). Gulley Continuously complained of pain, and of not receiving his medication at a prescribed time. Dr. pocock admitted to what a reasonable person might Construe as a motive to ingnore Gulley's plight, Since he apparently viewed Gulley as a hypochondriac and had resolved to engage in some kind of tit-for-tat treatment of Gulley. Gulley did not behaved to him that way. Dr pocock stood in his treatment office, standing in front of me. He said to me This is your family dr. spencer my doctor before I came to jail. He said Dr Spencer said you do not have ulcer, That was because he treat me for some type of Bacteria. I had some Tracing of that bacteria. The Information was right there on the paper. He would not help me with my pain. Speaking of deliberate Indiffernce Gutierrez V. Peter, Zentmyer V. Kendall County, IL, 220 F3 d 805 (7 Cir 20



United States District Court
111 S. Court Street
Rockford, Ill