Bottom of Tray

With No Lock

Locks has been deteriorate

FILED
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Gray paint

Gray paint

Bottom of Tray

Gray paint

Now that the Lock has been deteriorate from sliding trays across the Jail painted floor

Gray paint

Case 08c50098

Case Title Gulley v. Armark foods

Top of Tray IN Good shape With out NO Gray paint



NO paint



NO paint

LOCKS

LOCK

NO Gray paint

LOCK

This tray has NO paint on it. because the bottom of some trays ~~has had the chance~~ had paint on them rub off ON Top of the tray below

Case 08C50098

Bottom of Tray

# Bottom Tray

Look Like this (good Tray)

LOCK

4



This tray Has Locks ON it.

Case 08C50098

Case Title Gulley V. ARamarks food

Top of tray with paint on it.

paint → ON LOCK



paint Locks

painted Locks

Paint

when you ate you could see paint in your foo

All trays had Gray paint on the bottom. When trays was put on the top (Locks) trays, the Lock ~~been~~ became painted.

Case 08C50098
Case Title Gulley V. Aramark Foods

<u>INSTRUCTIONS</u>
<u>FOR SUBMITTING DOCUMENTS</u>
<u>TO BE FILED IN OUR COURT</u>

The following are a list of procedures that should be followed when submitting documents to be filed in our court. These procedures will enable us to process your documents properly and promptly.

1. Include on your documents the **case number** given to your complaint by our court, the **judge's name**, the **title of the case**, and a **descriptive** <u>title</u> of your document.

2. You should send your documents to:

   Clerk's Office
   U.S. District Court
   211 South Court Street
   Rockford, IL 61101

   who will process the document(s) and forward them to the appropriate judge. If you send your documents to any other location it will only delay the processing and docketing.

3. Attach a certificate of service to the **back** of your document. A certificate of service is a statement indicating that you have sent defendant's attorney a copy of your document (see **example** below). **DO NOT USE THIS EXAMPLE**. The certificate should state to whom copies were mailed and the date of mailing.

4. Always submit the **original** and **two (2) copies** to the court. One copy will be returned to you.

Please note that the court may strike your document or direct their return if they do not comply with these directions.

#### (EXAMPLE of) Certificate of Service

I, (plaintiff's name), swear under penalty of perjury that I served a copy of the attached document on (name and address of counsel for defendants), by placing it in the mail at the _____ Correctional Center on (date).

_____

Note: If defendants are not represented by the same attorney, then each attorney must be served.

Jerry L. Gulley
505 West State St.
Rockford, IL 61101

The Clerk
United States District Court
211 S. Court Street
Rockford, IL 61101

Judge
Frederick J. ~~Kapala~~ Kapala

ROCKFORD IL 611
22 AUG 2008 PM 1 T

USA 42

